[No. 596.  Decided May 20, 1892.]

THE STATE OF WASHINGTON, *on the relation of George L. Hill,* v. THE SUPERIOR COURT OF KING COUNTY, STATE OF WASHINGTON.

#### MANDAMUS—PARTIES.

*Mandamus* will not lie to compel two of the three judges of the superior court of King County, State of Washington, to perform certain acts, for the reason that, if it takes all of the judges of the court to do the act, all must be necessary parties, while if anyone could do the act, the one whose duty was to act should have been proceeded against alone.

*Original Application for Mandamus.*

*Solan T. Williams,* for relator.

*Preston, Albertson & Donworth,* and *Junius Rochester* for respondent.

The opinion of the court was delivered by

HOYT, J.—By this proceeding relator seeks to compel the superior court of King county, and two of the judges thereof, to perform certain acts set out in his petition. There are three judges of the superior court of King county, and it is clear either that it takes all of them to make a complete court, and when action of the court is sought the proceeding must be against them all, or that any one of them constitutes a court when sitting as such, and can do any act in a case properly before him within

the power of the court.  Upon either of these suppositions
the petition herein is insufficient.  If it takes all of the
judges to do the act, then they were all necessary parties
to this proceeding.  If anyone could do it, then the one
whose duty it was to act should have been singled out,
and the proceeding had against him alone.  The rule is
well settled in cases of this kind that the proceeding must
be had against the officer whose duty it is to act, and that
the petitioner must at his peril proceed against the proper
officer; he cannot proceed against several officers, and ask
the court to decide as between them which one should
perform the act.

The petition for the alternative writ of *mandamus* must
be denied.

ANDERS, C. J., and DUNBAR, STILES and SCOTT, JJ.
concur.